```
 1   TRANSCRIBED FROM DIGITAL RECORDING

 2                 IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
 3                          EASTERN DIVISION

 4   LYNN JEAN PIEKSMA, on behalf of    )
     herself and all others similarly   )
 5   situated,                          )
                                        )
 6            Plaintiff,                )
                                        )
 7        vs.                           )  No. 15 C 7312
                                        )
 8   BBMC MORTGAGE, LLC; and BRIDGEVIEW )
     BANCORP, INC.,                     )  Chicago, Illinois
 9                                      )  August 23, 2016
              Defendants.               )  9:01 A.M.
10
                  TRANSCRIPT OF PROCEEDINGS - Status
11       BEFORE THE HONORABLE MICHAEL T. MASON, Magistrate Judge

12   APPEARANCES:

13   For the Plaintiff:      ROWDY MEEKS LEGAL GROUP LLC
                             8201 Mission Road
14                           Suite 250
                             Prairie Village, Kansas  66208
15                           BY:  MR. ROWDY MEEKS

16   For the Defendants:     OFFIT KURMAN
                             300 East Lombard Street
17                           Suite 2100
                             Baltimore, Maryland  21231
18                           BY:  MS. APRIL MICHELLE RANCIER

19
                     PAMELA S. WARREN, CSR, RPR
20                      Official Court Reporter
                      219 South Dearborn Street
21                           Room 2342
                       Chicago, Illinois   60604
22                         (312) 408-5100

23   NOTE:  Please notify of correct speaker identification.
     FAILURE TO SPEAK DIRECTLY INTO THE MICROPHONE MAKES PORTIONS
24   UNINTELLIGIBLE.

25
```

1            (Proceedings held in open court:)
2                 THE CLERK:  15 C 7312, Pieksma versus BBMC Mortgage.
3                 MR. MEEKS:  Good morning, Judge.  Rowdy Meeks for the
4     plaintiff.
5                 THE COURT:  Good morning.
6                 MS. RANCIER:  April Rancier for the defendants.
7                 THE COURT:  Okay.  Tell me what the status is, please.
8                 MS. RANCIER:  Yes, your Honor.  We have conducted the
9     majority of the depositions.  We have the deposition of the
10    named plaintiff -- correct? -- and then another opt-in
11    scheduled for September 12th or 13th, I believe.
12                THE COURT:  Ms. Burns, the --
13                MS. RANCIER:  Yes, your Honor.
14                THE COURT:  Okay.  All right.
15                MS. RANCIER:  We do have one outstanding issue related
16    to the plaintiff and opt-in plaintiffs's tax returns.  We had
17    requested those many -- most -- all of these opt-ins and
18    plaintiff are claiming -- excuse me -- that they worked
19    overtime every week, some in excess of 15 hours.
20                THE COURT:  Uh-huh.
21                MS. RANCIER:  And we just received -- this is just an
22    example.  We received a transcript very recently from one of
23    the opt-ins, Mr. Kardos, and he testified that he couldn't
24    recall whether he had any outside employment while working at
25    defendant, and that his tax returns --

1        THE COURT:  When was this time period this would have
2   covered?
3        MS. RANCIER:  That he worked at BBMC?
4        THE COURT:  Yes.
5        MS. RANCIER:  I don't recall offhand, your Honor.  I
6   believe he worked there in -- do you recall? -- 2013, but I'm
7   not positive at all.
8        THE COURT:  So three years ago he can't recall whether
9   he has had any other outside employment?
10       MS. RANCIER:  That's what he said.
11       THE COURT:  Uh-huh.
12       MS. RANCIER:  And I asked him what he would need to
13  review in order to confirm that he either did or didn't receive
14  any other outside income, and he said his tax returns.
15       THE COURT:  Uh-huh.
16       MS. RANCIER:  And he indicated, again, that he could
17  couldn't remember one way or the other whether or not he
18  received any other outside income from an additional job from
19  the time he was employed at BBMC.
20       So this is just one example why we believe we're
21  entitled to those tax returns to confirm whether or not these
22  individuals were working another job.  Because, obviously, if
23  they were, that would potentially undermine their claim --
24  their overtime claims and the amount of overtime that they are
25  claiming.

```
 1          MR. MEEKS:  Well, Judge, there hasn't been a motion
 2   filed on this.
 3          THE COURT:  Yeah.
 4          MR. MEEKS:  We just got the transcript yesterday.
 5          THE COURT:  Okay.
 6          MR. MEEKS:  Everybody else who has testified testified
 7   they did not have a second job.
 8          THE COURT:  But we're dealing with the one.
 9          MR. MEEKS:  So for the one, I'll look at the
10   transcript.  And if he says he can't remember and he needs to
11   produce his tax returns to remember that, then I'll strongly
12   advise him to produce those and get those going.
13          THE COURT:  As quickly as possible.
14          MR. MEEKS:  As quickly as possible.
15          THE COURT:  When do you want to come back?
16          MS. RANCIER:  Well, we have that last deposition on
17   September 13th.  And there are a couple of other --
18          THE COURT:  Which was the deadline that I set for you.
19          MR. MEEKS:  Right.
20          MS. RANCIER:  Yes, your Honor.
21          MR. MEEKS:  We're waiting on, basically, Judge Alonso
22   to make a ruling on conditional certification.
23          THE COURT:  I don't know if you should wait, so --
24          MS. RANCIER:  Well, and I obviously don't know what
25   these deponents will testify to.  There may be a few other
```

1  issues that come from the deposition.
2          There is a couple of things we talked about this
3  morning that Mr. Meeks has agreed to produce for individuals
4  who have opted in --
5          THE COURT:  Uh-huh.
6          MS. RANCIER:  -- since our last status conference.
7          THE COURT:  Okay.
8          MS. RANCIER:  So if we could schedule some time after
9  the depositions to see if there is any other discovery issues
10 we need to wrap up, defendants would appreciate that.
11         THE COURT:  That's fine.  Okay.  How much time after
12 that?  A week?
13         MS. RANCIER:  Well, I would like to get the
14 transcripts.  If we could do it at least 14 days --
15         THE COURT:  Sure.
16         MS. RANCIER:  -- after the --
17         THE COURT:  I'll give you that.
18         THE CLERK:  That would be a status September 27th at
19 9:00 o'clock.
20         MR. MEEKS:  That works for me, your Honor.
21         MS. RANCIER:  I'm just double checking my calendar.
22 I'm sorry.
23         I actually have a deposition in another matter that
24 day.
25         I'm free the 29th.  Does that work on your end?

1    THE CLERK:  That does not work for the Court.  It has
2 to be the 28th if you want that week or the week after.
3    MS. RANCIER:  If we could do the following week, that
4 would be appreciated.
5    THE CLERK:  October 5th at 9:00 o'clock.
6    MS. RANCIER:  Okay.
7    THE COURT:  And I expect everything to be finished by
8 then.
9    MR. MEEKS:  Okay.
10    MS. RANCIER:  Yes.
11    MR. MEEKS:  Yes, Judge.
12    THE COURT:  Okay.
13    MS. RANCIER:  Thank you.
14    THE COURT:  Thank you.
15   (Which concluded the proceedings.)
16                    CERTIFICATE
17    I certify that the foregoing is a correct transcript
18 from the digital recording of proceedings in the above-entitled
19 matter to the best of my ability, given the limitation of using
20 a digital-recording system.
21
22
23 */s/Pamela S. Warren*                    February 8, 2017
   Official Court Reporter                          Date
24 United States District Court
   Northern District of Illinois
25 Eastern Division