UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Lynn Jean Pieksma
                                     Plaintiff,

v.                                                       Case No.: 1:15−cv−07312
                                                            Honorable Jorge L. Alonso

BBMC Mortgage, LLC, et al.
                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 8, 2017:

       MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. For the reasons stated on the record, Plaintiff's motion for order requiring Defendants to supplement their discovery responses, and granting an extension of time for Plaintiff to respond to Defendants' decertification motion and serve her expert disclosures [162] is granted in part and denied in part. The motion is denied with respect to requiring Defendants to supplement their previous answers to Plaintiff's first interrogatories and document requests. The motion is granted with respect to extending expert discovery. Plaintiff's expert disclosures are extended to 9/9/17, Defendants' expert disclosures are extended to 11/9/17, Plaintiff's rebuttal expert report is extended to 11/17/17, and expert discovery shall close on 12/20/17, as previously ordered by the Court. The motion is also granted with respect to extending the briefing schedule on Defendants' motion to decertify the conditional class. Defendants' motion to decertify the conditional class [157] is denied without prejudice and may be refiled by 1/29/18. Plaintiff's response shall be filed by 2/19/18. Defendants' reply in support shall be filed by 3/5/18. The court will rule electronically and set further dates in the ruling. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.