## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **LYNN JEAN PIEKSMA**, On Behalf of Herself and All Others Similarly Situated, | ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case no.: 1:15-cv-7312 |
| | ) | |
| **BBMC MORTGAGE, LLC and BRIDGEVIEW BANCORP, INC.** | ) ) | District Judge:  Jorge L. Alonso |
| | ) | Magistrate Judge:  Michael T. Mason |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S EXPERT DISCLOSURE AND
### CERTIFICATE OF SERVICE OF EXPERT REPORT

As set forth in this Court's Order dated August 8, 2017 (Doc. 168), Plaintiff, on behalf of

herself and all others similarly situated, hereby discloses the identity of the following expert

witness under Rule 26(a)(2)(A):

> Kurt V. Krueger
> John Ward Economics
> 8340 Mission Rd., Suite 235
> Prairie Village, KS 66206

Plaintiff served her expert report on Defendants' counsel via email and first class mail on

September 9, 2017.

Respectfully submitted,

 _/s/ Rowdy B. Meeks_
Rowdy B. Meeks, N.D. Ill #16068
**Rowdy Meeks Legal Group LLC**
8201 Mission Rd., Suite 250

 _/s/ Kenneth C. Apicella_
Kenneth C. Apicella, N.D. Ill #6269344
**APICELLA LAW FIRM, LLC**
800 E. Northwest Hwy, Ste 422

- 1 -

- 2 -

Prairie Village, Kansas 66208
Tel:  (913) 766-5587
Fax:  (816) 875-5069
Rowdy.Meeks@rmlegalgroup.com
www.rmlegalgroup.com

Palatine, Illinois 60074
Tel:   (312) 445-0542
Fax:  (312) 261-9968
 KCA@apicella-law.com
www.apicella-law.com

**Certificate of Service**

I hereby certify that a true and correct copy of the above was sent on September 9, 2017 pursuant to the service requirements of the ECF/CM for the Northern District of Illinois which will notify all counsel of record.


 /s/ Rowdy B. Meeks_____
Rowdy B. Meeks, Attorney for Plaintiffs