UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Lynn Jean Pieksma
                                  Plaintiff,

v.                                                          Case No.: 1:15−cv−07312
                                                                   Honorable Jorge L. Alonso

BBMC Mortgage, LLC, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 20, 2018:

      MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. Defendants' counsel failed to appear. Defendants' motion for partial summary judgment [181] is taken under advisement. Plaintiff's response shall be filed by 3/20/18. Defendants' reply in support shall be filed by 4/3/18. The court will rule electronically. Status hearing set for 8/7/18 at 9:30 a.m. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.