IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LYNN JEAN PIEKSMA**, On Behalf of Herself and All Others Similarly Situated, | ) ) ) ) | JURY TRIAL DEMANDED |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case no.: 1:15-cv-7312 |
| **BBMC MORTGAGE, LLC and BRIDGEVIEW BANCORP, INC.** | ) ) ) | District Judge: Jorge L. Alonso |
| | ) | Magistrate Judge: Michael T. Mason |
| Defendants. | ) | |

**UNOPPOSED PLAINTIFF'S MOTION TO RESCHDULE THE
DECEMBER 20, 2018 STATUS CONFERENCE TO JANUARY 8, 2019**

Plaintiff Lynn Jean Pieksma, on behalf of herself and all others similarly situated, respectfully requests that the Court reschedule the December 20, 2018 Status Conference to January 8, 2019. In support of this Motion, Plaintiff states as follows:

1. On September 21, 2018, this Court rescheduled the previous Status Conference from September 26, 2018 to December 20, 2018 (Doc. 191).

2. Plaintiff's counsel is unavailable for the December 20th Status Conference due to travel in another case.

3. Plaintiff's counsel communicated with Defendants' counsel about this Motion. Defendants' counsel does not oppose the Motion.

4. Plaintiff requests that this Court reschedule the Status Conference to January 8, 2019 at 9:30 am when all Parties are available.

5.      This is Plaintiff's first request to reschedule the Status Conference and neither Party will be prejudiced by the rescheduling.

WHEREFORE, Plaintiff respectfully requests that this Court the December 20th Status Conference to January 8, 2019.

| | |
|---|---|
| Dated: December 6, 2018 | Respectfully submitted, |
| /s/ Rowdy B. Meeks | /s/ Kenneth C. Apicella |
| Rowdy B. Meeks, N.D. Ill #16068 | Kenneth C. Apicella, N.D. Ill #6269344 |
| **Rowdy Meeks Legal Group LLC** | **APICELLA LAW FIRM, LLC** |
| 8201 Mission Road, Suite 250 | 800 E. Northwest Highway, Suite 422 |
| Prairie Village, Kansas 66206 | Palatine, Illinois 60074 |
| Tel: (913) 766-5585 | Tel: (312) 445-0542 |
| Fax: (816) 875-5069 | Fax: (312) 261-9968 |
| Rowdy.Meeks@rmlegalgroup.com | KCA@apicella-law.com |
| www.rmlegalgroup.com | www.apicella-law.com |

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on December 6, 2018 via the Court's CM/ECF filing system which will serve all counsel of record.

/s/ Rowdy B. Meeks
Attorney for Plaintiff