IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Pieksma )<br>On Behalf of Herself and All )<br>Others Similarly Situated )<br> )<br>        Plaintiff, )<br> )<br> )<br>        v. )<br> )<br>Bridgeview Bank Mortgage )<br>Company, LLC, and Bridgeview )<br>Bancorp, Inc. )<br> )<br>        Defendant. | Case No. 15 C 7312<br><br>Judge Jorge L. Alonso |

## ORDER APPROVING SETTLEMENT AND DISMISSAL

After having fully and carefully reviewed Plaintiffs' Unopposed Motion for Approval of an FLSA Opt-In Settlement Approval, the Parties' Settlement Agreement, and Plaintiff's Supplement, the Court hereby ORDERS that:

1. The Joint Stipulation of Settlement and Release ("Settlement Agreement") is approved as a fair, equitable, and reasonable resolution of a *bona fide* dispute in this contested litigation, and is incorporated herein by this reference and made a part hereof as though set forth in full.

2. The formula for allocation of settlement payments set forth in the Settlement Agreement is approved as a fair, equitable, and reasonable measure for distributing the settlement payment to Eligible Settlement Collective Members.

3. The Settlement Notice attached to the Settlement Agreement is approved.

4. All Participating Settlement Collective Members who timely cash their settlement checks are hereby deemed to fully and unconditionally waive and release any and all claims set forth in Settlement Agreement Paragraph 4.1 against any and all Releasees, as more fully set forth in the Settlement Agreement.

5. The attorneys' fees representing One-Third (1/3) of the Gross Settlement Fund, costs, the service awards, and the settlement administration as set forth in the Settlement Agreement, are approved; and Defendants are hereby ORDERED to pay make payments in accordance with and subject to the terms of the Settlement Agreement.

6. This case is dismissed without prejudice, with leave to reinstate within 180 days after the date of this Order, by 9/3/19. In the event a motion to reinstate is not filed within 180 days after the date of this Order, the case shall be deemed, without further order of the Court, to be dismissed with prejudice.

7. The Court will retain jurisdiction over this action for the purposes of supervising the implementation, enforcement, construction, administration, and interpretation of the Settlement Agreement, including for overseeing the distribution of settlement funds until 9/3/19.

ENTERED:

3/6/19

_____
Jorge L. Alonso
United States District Judge